OSCN Found Document:IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 

 
 IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2021 OK 35
Case Number: SCBD-7058
Decided: 06/07/2021
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2021 OK 35, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONCOMPLIANCE WITH MANDATORY CONTINUING LEGAL EDUCATION REQUIREMENTS FOR THE YEAR 2020
ORDER OF SUSPENSION FOR FAILURE TO COMPLY WITH THE RULES FOR MANDATORY CONTINUING LEGAL EDUCATION
On May 24, 2021, the Board of Governors of the Oklahoma Bar Association filed an Application for the suspension of members who failed to comply with mandatory legal education requirements for the year 2020 as required by Rules 3 and 5 of the Rules for Mandatory Continuing Legal Education (MCLE Rules), 5 O.S. 2011, ch. 1, ch.Â 1, app. 1-B. The Board of Governors recommended the members, whose names appear on ExhibitÂ A attached to the Application, be suspended from membership in the Oklahoma Bar Association and prohibited from the practice of law in the State of Oklahoma, as provided by Rule 6 of the MCLE Rules. 
This Court finds that on March 15, 2021, the Executive Director of the Oklahoma Bar Association mailed, by certified mail to all Oklahoma Bar Association members not in compliance with Rules 3 and 5 of the MCLE Rules, an Order to Show Cause within sixty days why the member
= s membership in the Oklahoma Bar Association should not be suspended. The Board of Governors determined that the Oklahoma Bar Association members named on Exhibit A of its Application have not shown good cause why the member= s membership should not be suspended. 
This Court, having considered the Application of the Board of Governors of the Oklahoma Bar Association, finds that each of the Oklahoma Bar Association members named on ExhibitÂ A, attached hereto, should be suspended from Oklahoma Bar Association membership and shall not practice law in this state until reinstated. 
IT IS THEREFORE ORDERED that the attorneys named on Exhibit A, attached hereto, are hereby suspended from membership in the Association and prohibited from the practice of law in the State of Oklahoma for failure to comply with the MCLE Rules for the year 2020.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 7 TH DAY OF JUNE, 2021.
/S/CHIEF JUSTICE
Darby, C.J., Kane, V.C.J., Kauger, Winchester, Edmondson, Combs, Gurich and Rowe, JJ., concur.

EXHIBIT A
(MCLE - Suspension)
Arya Affeldt Adibi, OBA #30837
6226 E 98th ST
Tulsa, OK 74137
Andrew David Balint, OBA #22373
114 N Grand Ave Ste 408
Okmulgee, OK 74447-4032
Jade Caldwell, OBA #31820
617 E Tripp Rd
Sunnyvale, TX 75182
Mitchell Kenneth Coatney, OBA #21066
16328 Muirfield Place
Edmond, OK 73013
Kathy S. Fry, OBA #17285
PO Box 1886
Owasso, OK 74055
James Troy Gaston, OBA #19813
9020 Urban View
Ft. Smith, AR 72903
Keegan Kelley Harroz, OBA #30383
625 NW 13th ST
Oklahoma City, OK 73103
Jacob Russell Lee Howell, OBA #30874
200 S 7th ST
Van Buren, AR 72956
Joshua Ryan Kidd, OBA #31612
1225 Aspen PL
Davis, CA 95616
Lance Timothy Lance, OBA #18757
1027 W Broadway Ave
P.O. BOX 861
Sulphur, OK 73086-4411
Samuel Dean Ott, OBA #6813
18914 Thunder Ridge
Norman, OK 73072
Christi Marie Panter, OBA #31714
PO Box 231
Brewster, KS 67732
Chadwick R. Richardson, OBA #15589
4890 E 68th ST Unit 226
Tulsa, OK 74136-4955
Casey Lee Saunders, OBA #20829
P.O. Box 2318
Ada, OK 74821
Jay Tayar Silvernail, OBA #22807
2000 NW 39th St
Oklahoma City, OK 73118
Daniel Martin Vigilius, OBA #34042
1770 S Rock RD Apt 604
Wichita, KS 67207
Nicholas Weeks, OBA #33786
999 Jessica Leigh ST
Elkins, AR 72727
Haskell Doak Willis, OBA #9703
400 S Muskogee Ave
Tahlequah, OK 74464
Gregory Norman Ziegler, OBA #20407
1201 Elm ST Ste 3800
Dallas, TX 75270